**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JOHN E. COVINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-1315 |
| | ) | |
| MITSUBISHI MOTOR | ) | |
| MANUFACTURING OF AMERICA, and | ) | |
| UNITED AUTO WORKERS UNION | ) | |
| LOCAL 2488, | ) | |
| | ) | |
| Defendants. | ) | |

# <u>O R D E R</u>

Before the Court is Plaintiff's Application to Proceed Without Prepayment of Fees [Doc. # 1].  The Court previously denied Plaintiff's Application to Proceed Without Prepayment of Fees because his Complaint failed to state a claim for which relief could be granted.  After Plaintiff paid the $255.00 appellate filing fee, the Court of Appeals reversed this Court's decision finding that Plaintiff had stated a claim.  This Court then ordered Plaintiff to explain, in writing, how he acquired the funds to pay the appellate filing fee in view of his representations in his original IFP application and to report his current household income.  Plaintiff has now done so, indicating that he borrowed the money to pay the filing fee from friends and relatives, and that his gross income for this year was $900.

Accordingly, the Court finds that Plaintiff is unable to pay the applicable filing fee.

IT IS THEREFORE ORDERED that Plaintiff's Application to Proceed Without Prepayment of Fees [Doc. # 1] is GRANTED.

IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the Complaint, Summons, and this Order upon Defendant as directed by the Plaintiff.  All costs of service shall be advanced by the United States.

Entered this __22nd__ day of December, 2005.

                                         __s/ Joe B. McDade__
                                         JOE BILLY McDADE
                                    United States District Judge