UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JOHN E. COVINGTON,            )
                              )
        Plaintiff,            )
                              )
    v.                        )    Case No. 04-1315
                              )
MITSUBISHI MOTOR              )
MANUFACTURING OF AMERICA, and )
UNITED AUTO WORKERS UNION     )
LOCAL 2488,                   )
                              )
        Defendants.           )

## O R D E R

Before the Court is Defendant United Auto Workers Union Local 2488's Motion to Dismiss [Doc. # 31]. Defendant's motion is based on the expiration of the applicable statute of limitations. The Seventh Circuit has already found that dismissal of this case based on the affirmative defense of an expired statute of limitations is not appropriate under Rule 12(b)(6). Covington v. Mitsubishi Motor Manufacturing of America, No. 04-1315 (Nov. 15, 2005) (unpublished order). This is the law of the case. If Defendant wishes to challenge the timeliness of Plaintiff's claims, it should do so in the form of a summary judgment motion under Fed. R. Civ. P. 56.

IT IS THEREFORE ORDERED that Defendant United Auto Workers Union Local 2488's Motion to Dismiss [Doc. # 31] is DENIED.

ENTERED this  20th  day of April, 2006.

                        s/Joe B. McDade
                        JOE BILLY McDADE
                    United States District Judge